# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 21, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: CHRISTINE FRY
    CASE NO: 05-27069-JES

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056928 which replaces check # 1054411 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE




cc: file



Mary B. Grossman, Chapter 13 Trustee  
Pay to: 00027613  RMA  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 1054411

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 04-30889-SVK | 017-0 | PETER JAMES BUISSE | 13283532 | 251.31 | 53.90 | 0.00 | 53.90 |
| 05-27069-JES | 029-0 | CHRISTINE FRY | XXXX6914 | 124.28 | 16.11 | 0.00 | 16.11 |



Mary B. Grossman, Chapter 13 Trustee  Check No. 1056928

Pay to: 00000965 CLERK OF US BANKRUPTCY COURT

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-27069-JES | 029-0 | CHRISTINE FRY | XXXX6914 | 124.28 | 16.11 | 0.00 | 16.11 |